■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTILIO SERRANO, Appellant. [658 NYS2d 886] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered April 22, 1993, convicting him of assault in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's claim, the trial court's ruling permitting the prosecutor to ask the defendant whether or not

he had been convicted of a felony in 1987 and another in 1990, without going into the underlying facts of these cases, was not an improvident exercise of discretion *(see, People v Pender,* 221 AD2d 573; *People v Ardila,* 202 AD2d 514, *affd* 85 NY2d 846).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Ritter, Sullivan and Pizzuto, JJ., concur.